IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Borough of Gettysburg                    :
                                         :
                    v.                   :
                                         :
Teamsters Local No. 776                  :
                                         :
Appeal of: International Brotherhood     :
of Teamsters, Local 776                  :          No. 1768 C.D. 2013

## **O R D E R**

NOW, December 15, 2014, having considered appellant's application

for reargument *en banc*, the application is denied.

_____
DAN PELLEGRINI,
President Judge